UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY DOCKET UNIT

MICHAEL CONNER
_____
_____

Write the full name of each plaintiff.

2017 MAY 17  PM 3: 25

**17 CV 3743**

No.
(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

THE CITY OF NEW YORK, et.al
_____
Sgt.JOSEPH CUERVO shield#27083,Sgt.Edwin SOTO

Do you want a jury trial?
☐ Yes   ☐ No

Shield#5614, P.O.MICHAEL ALFANO Shield#6172,
_____
Assistant District Attorney JENNIFER ABREU

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒  Violation of my federal constitutional rights

☒  Other:   _FALSE ARREST, FABRICATION OF EVIDENCE, MALICIOUS PROSECUTION_

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| MICHAEL | N | CONNER |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_310-16-00353_

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_RNBC  C-74  RIKERS  ISLAND_

Current Place of Detention

_11-11  HAZEN  STREET_

Institutional Address

| EAST  ELMHURST | N.Y.  11370 | |
|---|---|---|
| County, City | State | Zip Code |

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced prisoner

☐  Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:     THE CITY OF NEW YORK /JENNIFER ABREU
_____
First Name          Last Name                Shield #
          ASSISTANT DISTRICT ATTORNEY
_____
Current Job Title (or other identifying information)

1 HOGAN PLACE
_____
Current Work Address

NEW YORK              N.Y. 10007
_____
County, City              State              Zip Code

Defendant 2:    Sgt.JOSEPH CUERVO              27083
_____
First Name          Last Name                Shield #

N.Y.P.D. SGT.
_____
Current Job Title (or other identifying information)

     233 WEST 10th STREET
_____
Current Work Address

NEW YORK, N.Y              N.Y.
_____
County, City              State              Zip Code

Defendant 3:   Sgt. EDWIN SOTO               5614
_____
First Name          Last Name                Shield #

     233 N.Y.P.D. SGT.
_____
Current Job Title (or other identifying information)

233 WEST 10th STREET
_____
Current Work Address

NEW YORK                    N.Y.
_____
County, City              State              Zip Code

Defendant 4:    MICHAEL ALFANO                5172
_____
First Name          Last Name                Shield #

N.Y.P.D. POLICE OFFICER
_____
Current Job Title (or other identifying information)

233 WEST 10th STREET
_____
Current Work Address

NEW YORK                    N.Y.
_____
County, City              State              Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:          BLEECKER & THOMPSON STREETS

Date(s) of occurrence:          8/16/15 & 2/28/16 RESPECTIVELY

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

SEE ATTACHED:

## STATEMENT OF FACTS

On August 16,2015 I was arrested by Joseph Cuervo shield#27083
of the 6th pct. for the charge of criminal possession of a weapon
in the third degree.

The initial inquiry was in regards to an alleged argument between
a panhandler who thrust a cup in my face asking for money and myself.
I smacked the cup out of my face whereupon Sgt.Cuervo came over and
asked what is going on he then proceeded to ask me for I.D. which
I handed over to him, but he never asked the panhandler for any I.D.
nor never asked his name.

he stated at trial that he arrested me before on another case.
That statement went to the profiling of myself due to a prior
arrest, and he took my work I.D. and did a warrant check which alerted
him that I had a public urination summons warrant that I was told
was vacated when I was being released from Mid-State Correctional
Facility in February 2016.

In the Pre-Trial hearing that was held Judge Ward stated that he
had no probable cause for the I.D. check or any other action, but
since I had the warrant she would allow the probable cause.
Sgt.Cuervo proceeded at trial to fabricate evidence and lied on
the stand thereby perjuring himself while ADA Jennifer Abreu acted
in concert with this malicious prosecution of myself.
I was acquitted on January 23,2017 of all charges.

This statement of facts is in regards to the Ind# 4594-15 case that
the 6th pct.arrested me for on bleecker and Thompson Streets

1

## STATEMENT OF FACTS

On February 28,2016 I was arrested for Grand Larceny in the 4th defree.
The issue at hand is the Sgt.Edwin Soto alleges that he saw me take
a purse off of the victims's shoulder which is what is stated in
the Felony complaint, but at the Grand Jury he changed his statement
to be able to cover the elements of the charged crime thereby lying
and fabricating evidence.
At trial we could not use the felony complaint nor could we use
the pending litigation against him for the same issues stated herein.
The arrest was false as well as the evidence along with the videotape
that was used to convict myself.
My appeal is pending for the imprpieties perpertrated against myself.
I also had filed a complaint against Sgt.Soto at the onset of this
matter under case# 03744-2016 which has never been addresed.
I filed a complaint with the CCRB who then sent it t o the Office
of The Chief of the Dept. under the above-mentioned case #.
I was targeted by the officers of the 6th pct. and had evidence
and arrests against my fabricated as well as being lied upon at
hearings and trial by both of these officers as well as their fellow
co-workers at the 6th pct. ie. MICHAEL ALFANO
I even had ADA Jennifer Abreu assist and direct in this miscarrige
of justice and malicious prosecution.
All of the paperwork generated by the officers and the D.A's office
will prove the above-mentioned statements of facts.

       This information is under Ind# 00970-2016 which I was.
       found guilty (appeal pending)

(2)

SEE AATACHED:

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

NO MEDICAL TREATMENT, BUT INJURY IS MENTAL ANGUISH, LOSS OF WAGES FROM EMPLOYMENT, MALICIOUS PROSECUTION, FALSE ARREST, FABRICATION OF EVIDENCE, PRISON SENTENCE DUE OFFICERS LYING ON STAND THEREBY COMMITTING PERJURY, ETC.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

I AM SEEKING TO HAVE DEFENDANTS IN THIS MATTER BROUGHT UP ON CHARGES FOR PERJURY AS WELL AS TERMINATION OF THEIR EMPLOYMENT DUTIES. I AM ALSO SEEKING MONETARY DAMAGES IN THE AMOUNT OF $10,0000, 000.00 DOLLARS FOR PAIN AND SUFFERING AND VIOLATING MY CONSTITUTIONAL RIGHTS.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| MAY 13, 2017 | *Michael Conner* |
| Dated | Plaintiff's Signature |

| MICHAEL | N | CONNER |
|---|---|---|
| First Name | Middle Initial | Last Name |

11-11 HAZEN STREET
Prison Address

EAST ELMHURST, N.Y. 11370

| County, City | State | Zip Code |
|---|---|---|

Date on which I am delivering this complaint to prison authorities for mailing:   MAY 13, 2017

MR. MICHAEL CONNER 310-16-00353
11-11 HAZEN STREET
EAST ELMHURST, N.Y. 11370

RECEIVED
SDNY DOCKET UNIT

2017 MAY 17  PM 3:26

100078131E CC014

THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 200
NEW YORK, N.Y. 10007-1312
PRO-SE CLERKS OFFICE



